**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1611

ROBERT HARRISON KALK,

Plaintiff - Appellant,

v.

QUINTEN MILLER, Sheriff - Buncombe County North Carolina, in his Individual and Official Capacities; JEFFREY LITTRELL, Captain - Buncombe County North Carolina, in his Individual and Official Capacities; BUNCOMBE COUNTY SHERIFF'S DEPARTMENT,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Max O. Cogburn, Jr., District Judge.  (1:22-cv-00019-MOC-WCM)

Submitted:  October 25, 2022                    Decided:  November 15, 2022

Before AGEE and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert Harrison Kalk, Appellant Pro Se.  Curtis William Euler, BUNCOMBE COUNTY ATTORNEY'S OFFICE, Asheville, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Harrison Kalk appeals the district court's order granting Appellees' motion to dismiss his 42 U.S.C. § 1983 complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Kalk v. Miller*, No. 1:22-cv-00019-MOC-WCM (W.D.N.C. May 6, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*